**No. 09-8477. Qian Chen, Petitioner v. Ricardo S. Martinez, Judge, United States District Court for the Western District of Washington.**

559 U.S. 1089, 130 S. Ct. 2146, 176 L. Ed. 2d 764, 2010 U.S. LEXIS 3152.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 957, 130 S. Ct. 1570, 176 L. Ed. 2d 143, 2010 U.S. LEXIS 1253.

**No. 09-8517. Laurie Marie Laskey, Petitioner v. Cisco Technology, Inc.**

559 U.S. 1089, 130 S. Ct. 2147, 176 L. Ed. 2d 764, 2010 U.S. LEXIS 3250.

April 19, 2010. Petition for rehearing denied. Justice Breyer took no part in the consideration or decision of this petition.

Former decision, 559 U.S. 988, 130 S. Ct. 1712, 176 L. Ed. 2d 207, 2010 U.S. LEXIS 1973.

**No. 09-8849. Frederick Lee Revels, Petitioner v. James Reynolds, et al.**

559 U.S. 1089, 130 S. Ct. 2147, 176 L. Ed. 2d 764, 2010 U.S. LEXIS 3208.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 987, 130 S. Ct. 1728, 176 L. Ed. 2d 206, 2010 U.S. LEXIS 1965.

**No. 09A995. William Berkley, Applicant v. Texas.**

559 U.S. 1089, 130 S. Ct. 2147, 176 L. Ed. 2d 764, 2010 U.S. LEXIS 3482.

April 22, 2010. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied.

**No. 09-724. The Real Truth About Obama, Inc., Petitioner v. Federal Election Commission, et al.**

559 U.S. 1089, 130 S. Ct. 2371, 176 L. Ed. 2d 764, 2010 U.S. LEXIS 3521.

April 26, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of Citizens United v. Federal Election Comm'n, 558 U.S. 310, 130 S. Ct. 876, 175 L. Ed. 2d 753 (2010), and the Solicitor General's suggestion of mootness.

Same case below, 575 F.3d 342.

**No. 09-9266. Christopher A. Odom, Petitioner v. Mt. Pleasant Municipal Court, South Carolina.**

559 U.S. 1090, 130 S. Ct. 2379, 176 L. Ed. 2d 764, 2010 U.S. LEXIS 3627.

April 26, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8.

Same case below, 358 Fed. Appx. 486.